**CRIMINAL COMPLAINT**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>YVETTE NAOMI GARCIA<br>DOB: XX/XX/1986; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>22-08400MJ |

Complaint for violation of Title 18, United States Code §§1153, 1111, and 113(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count One: First Degree Murder**
On or about December 26, 2021, in the District of Arizona, within the confines of the Pascua Yaqui Indian Reservation, Indian Country, the defendant, YVETTE NAOMI GARCIA, an Indian, with premeditation and malice aforethought, did unlawfully kill the victim, M.Y.G. In violation of Title 18, United States Code, Sections 1153 and 1111.

**Count Two: Assault with the Intent to Commit Murder**
On or about December 26, 2021, in the District of Arizona, within the confines of the Pascua Yaqui Indian Reservation, Indian Country, the defendant, YVETTE NAOMI GARCIA, an Indian, did intentionally and knowingly assault the victim, M.Y.G., with intent to commit murder. In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 26, 2021, the Pascua Yaqui Police Department received a 911 call from a citizen reporting a female on a bicycle was struck by a small SUV at 7781 S. Camino Benem on the Pascua Yaqui Indian Reservation, Tucson, AZ. The 911 caller reported that the vehicle had driven north on the road after striking the woman. Law enforcement responded to the scene and found the victim, who had been identified as M.Y.G., dead in the front yard of 7781 S. Camino Benem. The victim was next to a broken bicycle and had obvious signs of blunt force trauma to her body. There were tire tracks leading directly to and from the victim's body.

A.S. a juvenile, was an eyewitness to the murder. A.S. told law enforcement that at approximately 1:20 a.m. on December 26, 2021, she was inside her bedroom with her cousin talking about her cousin's boyfriend. A.S. remembered hearing a loud "bang" coming from the front of her house. A.S. looked out her bedroom window and saw a vehicle in her front yard, and a bicycle on the ground. A.S. described the vehicle as a grey or silver, four door vehicle, similar to her family's 2006 Honda Pilot, SUV. At first, A.S. thought the SUV was "running over" the

*Continued on page 2*

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Frances Kreamer Hope *FMK*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE & NAME:<br>Special Agent Oscar A. Ramirez, FBI |
|---|---|
| Sworn to before me and subscribed telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>[1] See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>January 3, 2022 |

CC: USM, AUSA, PTS

bicycle until she heard screaming. A man was standing next to the SUV and it appeared he was telling the driver of the vehicle to stop. A.S. remembered seeing the SUV reverse "back again" and then drive forward to strike the female two additional times before the SUV sped away northbound on S. Camino Benem. A.S.'s cousin then called police.

The victim's sister, Vanessa Godoy, was interviewed and stated the victim had been staying with her for the past two nights. Vanessa last saw the victim on December 25, 2021, at approximately 7:00 p.m. The victim left Vanessa's home to visit their other sister who also lives on the reservation. Venessa reported that the victim had said she was hiding and running from trouble. Vanessa said that the victim had been living/staying with her longtime friend, YVETTE NAOMI GARCIA. Vanessa recounted that the victim said she had become upset with GARCIA and had left GARCIA's home with all her belongings. Interviews with multiple people familiar with GARCIA revealed that GARCIA drove a grey, 2007, Hyundai Tucson SUV, and prior surveillance by law enforcement of the home where GARCIA was known to reside revealed that a grey, 2007, Hyundai Tucson SUV, AZ Plate RNA3B7A, registered to someone else, was parked outside on a regular basis. A photograph of a grey, 2007 Hyundai Tucson was shown to A.S., the witness to the murder, and she indicated that the photograph of the grey 2007 Hyundai Tucson looked like the SUV she saw in front of her home on December 26, 2021.

The victim's ex-boyfriend, Michael Casilla Mesquita, Jr., was also interviewed. He stated that on December 26, 2021, he received a text from his cousin, Chris Phillips, that stated GARCIA told Chris that she wanted Michael to call her. Michael called GARCIA at 2:00 a.m. on December 26, 2021. GARCIA told Michael she needed his help and said, "I fucked up." He said GARCIA sounded distraught and was crying. GARCIA told Michael that if she told him what she had done, he would want to "kick [her] ass." Michael sent law enforcement a snapshot of the text communications from his cousin Chris, which happened at around 1:15 a.m. on December 26, 2021.

Michelle Silvas Francisco, GARCIA'S mother, was interviewed on two separate occasions. Michelle told law enforcement that on December 25, 2021, a little before midnight, GARCIA drove her grey SUV in front of her yard and struck and moved a large boulder near her mailbox. Michelle and her boyfriend walked out and saw GARICA and the victim fighting next to GARCIA'S grey SUV. Michelle and her boyfriend stopped the fight and told GARCIA to calm down and go home. Michelle said GARCIA backed up very fast and she had to move away from GARCIA'S SUV to ensure she was not hit. The victim walked away from Michelle's home. Michelle called GARCIA at 1:44 a.m., to ask about what had happened between her and the victim. Michelle told law enforcement that she had received a call from her nephew telling her that GARCIA had "run over" the victim. Michelle stated GARCIA did not say anything except, "nothing, I'm O.K." Michelle told law enforcement that she last spoke to her GARCIA on December 26, 2021 at 7:44 a.m., and she did not know where she was.

GARCIA'S brother, Joseph Anthony Francisco, and his girlfriend, Vianca Flores Valenzuela, were both interviewed twice. Vianca and Joseph live together in Vianca's home. Vianca told law enforcement that she had withheld important information from the FBI regarding GARCIA'S whereabouts. Vianca told law enforcement that at approximately 2:00 a.m. on December 26, 2021, GARCIA showed up at her home and spent the night there. Vianca stated that GARCIA was talking to someone on her cellular telephone and was crying. Vianca said GARCIA told the person, "I fucked up", that she was stupid, and that she was telling "her" to get out of the way. When questioned further regarding GARCIA's statements, Vianca remembered GARCIA saying the "stupid bitch wouldn't stop running her mouth." GARCIA told Joseph to go outside and clean the inside of her grey SUV. Joseph took out a machete, a bat, and a makeup bag containing the victim's driver's license. Vianca told your affiant that the outside of the SUV did not have serious body damage. Vianca did notice a scrape on the plastic bumper below the hood. GARCIA wanted Joseph to follow her to Ajo and Kinney because she was planning on "ditching" her SUV. Joseph told Vianca that GARCIA told him to tell her not to talk about the victim. On December 27, 2021, GARCIA packed all her belongings back inside her grey SUV and waited for Joseph to follow her to Ajo and Kinney. GARCIA left without Joseph. Joseph and Vianca both told law enforcement they have not seen or communicated with GARCIA since.

GARCIA is an enrolled member of and affiliated with the Pascua Yaqui Indian Tribe, which is a federally recognized Indian tribe.