GARY M. RESTAINO
United States Attorney
District of Arizona
FRANCES M. KREAMER HOPE
Assistant U.S. Attorney
State Bar No. 025608
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Frances.Kreamer.Hope@usdoj.gov
Attorneys for Plaintiff

FILED
2022 MAR 23 PM 2: 54
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-00525 TUC-SHR(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violations:<br>18 U.S.C. §§ 1153 and 1111<br>First Degree Murder<br>Count 1 |
| vs. | |
| Yvette Naomi Garcia, | 18 U.S.C. §§ 1153 and 113(a)(1)<br>Assault with the Intent to Commit Murder<br>Count 2 |
| Defendant. | |

**THE GRAND JURY CHARGES:**            VICTIM CASE

### COUNT 1

On or about December 26, 2021, in the District of Arizona, within the confines of the Pascua Yaqui Indian Reservation, Indian Country, the defendant, YVETTE NAOMI GARCIA, an Indian, with premeditation and malice aforethought, did unlawfully kill the victim, M.Y.G.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about December 26, 2021, in the District of Arizona, within the confines of the Pascua Yaqui Indian Reservation, Indian Country, the defendant, YVETTE NAOMI GARCIA, an Indian, did intentionally and knowingly assault the victim, M.Y.G.,

1  ///
2  with intent to commit murder.
3      In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: March 23, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

FRANCES M. KREAMER HOPE
Assistant U.S. Attorney